**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**VICTOR BERRELLEZA-VERDUZCO,**                                    **PETITIONER**
**# 18914-081**

**VERSUS**                                    **CIVIL ACTION NO. 3:26cv175-KHJ-MTP**

**UNITED STATES OF AMERICA and
WARDEN CHILDRESS**                                    **RESPONDENTS**

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Victor Berrelleza-Verduzco is incarcerated with the Bureau of Prisons.   He filed a Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, but it was not verified as required by 28 U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Berrelleza-Verduzco a copy of the Petition. No later than May 26, 2026, he shall sign the document under oath and file it with the Court.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Victor Berrelleza-Verduzco a copy of the Petition [1] along with a copy of this Order.   Petitioner shall sign the Petition under oath and file it with the Court **no later than May 26, 2026**.   Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed of Petitioner's current address may result in the pleading being stricken and dismissal of this cause.

**SO ORDERED**, this the 11th day of May, 2026.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE