### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**VICTOR BERRELLEZA-VERDUZCO,**                                                    **PETITIONER**
**# 18914-081**

**VERSUS**                                            **CIVIL ACTION NO. 3:26cv175-KHJ-MTP**

**UNITED STATES OF AMERICA and**
**WARDEN CHILDRESS**                                                                **RESPONDENTS**

### ORDER REQUIRING RESPONDENT TO ANSWER

BEFORE THE COURT is *pro se* Petitioner Victor Berrelleza-Verduzco's Amended Petition for Writ of Habeas Corpus [4] pursuant to 28 U.S.C. § 2241.   He is incarcerated at the Federal Correctional Institution in Yazoo City, Mississippi ("FCI-Yazoo City") and challenges the execution of his sentence.

The Court notes that the proper Respondent is the "person having custody over the person detained."   28 U.S.C. § 2243.   *See also*, 28 U.S.C. § 2242.   Respondent Warden Childress is the Warden of FCI-Yazoo City.   Respondent United States of America shall be removed as Respondent in this matter.   The Court directs Childress to file an answer or other responsive pleading in this case.

**IT IS, THEREFORE, ORDERED** that the United States of America is hereby removed as Respondent in this case.   Respondent Warden Childress shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Amended Petition [4], filed herein, and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East

Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Federal Correctional Institution-Yazoo City, Post Office Box 5666, Yazoo City, Mississippi 39194.

IT IS FURTHER ORDERED that the Clerk of Court shall also serve a copy of this Order upon *pro se* Petitioner Victor Berrelleza-Verduzco by mailing same to his last known address.

SO ORDERED, this the 29th day of May, 2026.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE