UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VICTOR BERRELLEZA-VERDUZCO PETITIONER

V. CIVIL ACTION NO. 3:26-CV-175-KHJ-MTP

WARDEN CHILDRESS RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the [10] Report and Recommendation ("Report") of United States Magistrate Judge Michael T. Parker. The [10] Report recommends dismissing with prejudice pro se Petitioner Victor Berrelleza-Verduzco's ("Berrelleza-Verduzco") [1] Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. R. & R. [10] at 1. Written objections to the [10] Report were due by October 13, 2026. *See id.* at 4. The [10] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *See id.* No party objected to the [10] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days after being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly erroneous, abuse of discretion[,] and contrary to law' standard of review" *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Berrelleza-Verduzco is an inmate at the Federal Correctional Complex in Yazoo City, Mississippi. [10] at 1. He seeks habeas relief, contending that he is

entitled to First Step Act ("FSA") time credit which the Bureau of Prisons refuses to apply to his sentence. *Id.*; Pet. [1] at 2–3. The United States opposes the relief because Berrelleza-Verduzco is an alien under a final order of removal and is therefore ineligible to receive FSA time credit. *See* Resp. [8] at 6–7. The Magistrate Judge recommends dismissing the [1] Petition with prejudice because Berrelleza-Verduzco is subject to a final order of removal and failed to demonstrate that he is eligible to receive FSA time credits. [10] at 3.

Finding the [10] Report neither clearly erroneous, contrary to law, nor an abuse of discretion, the Court ADOPTS the [10] Report and DISMISSES this case with prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 19th day of October, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE